**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Scott HEDDINGS, Defendant–**
**Appellant.**

**No. 07–30357.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Dec. 9, 2008.

Filed Dec. 15, 2008.

Marcia Kay Hurd, Esquire, Assistant U.S., William W. Mercer, Esquire, Mark Steger Smith, Esquire, Assistant U.S., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Wendy Holton, Attorney at Law, Helena, MT, for Defendant–Appellant.

* This disposition is not appropriate for publication and is not precedent except as provided

Before: O'SCANNLAIN, GRABER, and BYBEE, Circuit Judges.

MEMORANDUM *

We vacate the judgment and remand in light of *United States v. Davenport,* 519 F.3d 940 (9th Cir.2008). On remand, the district court should vacate either Heddings' conviction for receipt or his conviction for possession of child pornography, "allowing for it to be reinstated without prejudice if his other conviction should be overturned on direct or collateral review." *Id.* at 948.

Any further appeals in this case shall be assigned to this panel.

**REMANDED with instructions.**

by Ninth Circuit Rule 36–3.